### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-2130 (RC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STATUS REPORT

The parties, by and through their undersigned counsel, respectfully submit the following:

1. On September 13, 2018, Plaintiff Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") initiated this lawsuit regarding a FOIA request for records related to the professional experience of Justice Brett M. Kavanaugh prior to his appointment as a federal judge. Specifically, Plaintiff's request seeks certain communications from the U.S. Department of Health and Human Services ("HHS").

2. Plaintiff's request sought records from three custodians. At this time, HHS has completed review of electronic and paper records for two of these three custodians and advised Lambda Legal that its search did not identify responsive records.

3. With regard to the third custodian, HHS has initiated searches and has, since the parties' October 25, 2018 Joint Status Report, made progress in determining where potentially responsive records are likely to exist and the scope of records that will require review. The parties believe that allowing HHS to complete these searches and affording the parties time to

1

discuss those search results has the potential to result in an agreement on a processing schedule for any potentially responsive records located.

    4.    Therefore, the parties respectfully propose that they continue to meet and confer and submit a further Joint Status Report not later than January 25, 2019.

Dated: November 21, 2018                                                           Respectfully submitted,

JOSEPH H. HUNT                                                                           /s/ *Elizabeth France*
Assistant Attorney General                                                         Elizabeth France, D.C. Bar #999851

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch                           AMERICAN OVERSIGHT

/s/ *Michael F. Knapp*                                                                 1030 15th Street NW, B255
MICHAEL F. KNAPP (Cal. Bar No. 314104)                        Washington, DC 20005
Trial Attorney                                                                              (202) 897-2465
United States Department of Justice                                       beth.france@americanoversight.org
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005                                                              *Counsel for Plaintiff*
Phone: (202) 305-8613
Email: michael.knapp@usdoj.gov

*Counsel for Defendant*

2